United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 23-14687-CLC |
| Tony Lamarr Wells | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 27, 2023 | Form ID: CGFD65 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tony Lamarr Wells, 10309 NW 10th AVE, Miami, FL 33150-1014 |
| 96983698 | + | Alltran, 10900 Corporate centre DR., Houston, TX 77041-5194 |
| 96983717 | + | Honorable Markenzy Lapointe, US Attorney for Southern District, 99 NE 4 St, Miami, FL 33132-2131 |
| 96983721 | + | Midsouth Adjustment, P.O. Box 246, Geneseo, NY 14454-0246 |
| 96983722 | | Mr. Stocks, 10309 NW 10th Ave, Miami FL, 33150 |
| 96983744 | ++ | SOUTH BROWARD HOSPITAL DISTRICT, ATTN D/B/A MEMORIAL HEALTHCARE SYSTEM, 3111 STIRLING RD, C/O LEGAL DEPARTMENT, HOLLYWOOD FL 33312-6566 address filed with court:, South Broward Hospital District, 3111 Stirling Road, Fort Lauderdale, FL 33312 |
| 96983745 | | South Florida Pulmonary Care, 3181 SW 22nd ST, Miami, FL 33145 |
| 96983752 | + | US Dept of Veteran Affairs, 1201 NW 16th ST, Miami, FL 33125-1624 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Jul 27 2023 22:39:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| 96983695 | + | Email/Text: bncnotifications@pheaa.org | Jul 27 2023 22:41:00 | AES/Suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 96983696 | + | Email/Text: bncnotifications@pheaa.org | Jul 27 2023 22:41:00 | AES/Suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 96983702 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 27 2023 22:42:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168008, Irving, TX 75016 |
| 96983716 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 27 2023 22:42:00 | Honda, P.O. Box 1027, Alpharetta, GA 30009 |
| 96983699 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 27 2023 22:40:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 96983704 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2023 22:43:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 96983705 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 27 2023 22:39:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 96983707 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 22:45:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 96983709 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 27 2023 22:43:00 | Checksystems, 7805 Hudson Rd, Saint Paul, MN 55125-1703 |
| 96983710 | + | Email/Text: OGCBankruptcy@floridarevenue.com | Jul 27 2023 22:39:00 | Child Support Enforcement, PO Box 8030, Tallahassee, FL 32314-8030 |
| 96983711 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2023 22:46:25 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

| District/off: 113C-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: CGFD65 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 96983720 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 22:57:36 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 96983713 | | Email/Text: bankruptcycourts@equifax.com | Jul 27 2023 22:41:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 96983714 | ^ | MEBN | Jul 27 2023 22:33:10 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 96983715 | | Email/Text: OGCBankruptcy@floridarevenue.com | Jul 27 2023 22:39:00 | Florida Department Of Revenue, 5050 W Tennessee St, Tallahassee, FL 32399-0110 |
| 96983718 | ^ | MEBN | Jul 27 2023 22:34:50 | Honorable Merrick Garland, Attorney General, Dept of Justice #4400, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 96983712 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2023 22:41:00 | Department of the Treasury, PO Box 21126, Philadelphia, PA 19114 |
| 96983724 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 27 2023 22:43:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 96983723 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 27 2023 22:43:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983744 | | Email/Text: mhslegal@mhs.net | Jul 27 2023 22:41:00 | South Broward Hospital District, 3111 Stirling Road, Fort Lauderdale, FL 33312 |
| 96983743 | | Email/Text: bankruptcynotices@sba.gov | Jul 27 2023 22:41:00 | Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |
| 96983746 | + | Email/Text: bankruptcy@lightstream.com | Jul 27 2023 22:43:00 | Suntrust, 303 Peachtree ST.NE,, Atlanta, GA 30308-3253 |
| 96983747 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 22:57:24 | Syncb/Rooms To Go, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96983748 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 23:25:28 | Synchrony Bank/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96983751 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 27 2023 22:43:00 | TSI, 500 Virginia DR. Suite 514, Fort Washington, PA 19034-2733 |
| 96983750 | ^ | MEBN | Jul 27 2023 22:32:48 | Transunion, Attn: Bankruptcy Dept., P.O. Box 2000, Chester, PA 19016-2000 |
| 96983753 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 27 2023 22:40:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 96983754 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 22:45:16 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97002497 | | Community Choice Financial |
| 96983697 | *+ | AES/Suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 96983703 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168008, Irving, TX 75016 |
| 96983700 | *+ | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 96983701 | *+ | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 96983706 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 96983708 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 96983719 | * | IRS Centralized Bankruptcy Department, PO Box 7346, Philadelphia, PA 19101-7346 |
| 96983725 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

| District/off: 113C-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: CGFD65 | Total Noticed: 36 |

| | | |
|---|---|---|
| 96983726 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983727 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983728 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983729 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983730 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983731 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983732 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983733 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983734 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983735 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983736 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983737 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983738 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983739 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983740 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983741 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983742 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 96983749 | *+ | Synchrony Bank/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 29, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:

**Name** — **Email Address**

Drew M Dillworth
ddillworth@stearnsweaver.com
ddillworth@ecf.axosfs.com;dmd@trustesolutions.net;mfernandez@stearnsweaver.com;dmd@trustesolutions.net;fsanchez@stearnsweaver.com;jless@stearnsweaver.com

Jose A Blanco
on behalf of Debtor Tony Lamarr Wells jose@blancopa.com  Blanco.JoseA.R105197@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

TOTAL: 3

CGFD65 (10/01/16)



**ORDERED in the Southern District of Florida on July 27, 2023**

_Corali Lopez-Castro_
**Corali Lopez–Castro**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 23–14687–CLC**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Tony Lamarr Wells
10309 NW 10th AVE
Miami, FL 33150

SSN: xxx–xx–8421

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

*# # #*

\* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*